UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x

ANTONIO JORGENSEN,

                                      Plaintiff,

-against-

JOHN RIVERA, ANTHONY MAIDA, UC #0063, and JOHN
and JANE DOE 1-10 individually and in their official
capacities (the names John Doe being fictitious, as the true
names are presently unknown),,

                                      Defendants.
----------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

15 CV 4017 (BMC)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.    The above-referenced action is hereby dismissed with prejudice; and

2.  ~~Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.~~  BMC*

Dated: New York, New York
       11-9    , 2015

| | |
|---|---|
| LONDON INDUSI, LLP<br>*Attorneys for Plaintiff*<br>186 Joralemon Street, Suite 1202<br>Brooklyn, NY 11201<br>718-301-4593<br><br>By: _____<br>Cary London<br>*Attorney for Plaintiff* | ZACHARY W. CARTER<br>Corporation Counsel of the<br>   City of New York<br>*Attorney for Defendants City of New York,*<br>   *Rivera, Maida, and 0063*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br><br>By: _____<br>Okwede Okoh |

SO ORDERED:

_____
HON. BRIAN M. COGAN
UNITED STATES DISTRICT JUDGE

Dated: Nov. 16    , 2015

```
* The Court does not retain jurisdiction to enforce settlements when it has
neither approved nor been informed of the terms.
```